UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

    v.

GARY TILLEY, et al.,

    Defendants.

_____/

No. C 09-1085 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J