UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS, INC.,

    Plaintiff,

    v.

GARY TILLEY, et al.,

    Defendants.
_____/

No. C 09-1085 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Spero's report and recommendation re plaintiff Adobe Systems, Inc.'s motion for default judgment. Defendants Gary Tilley and Denise Black filed no opposition to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the motion for default judgment is GRANTED.

Judgment shall be entered in favor of Adobe Systems, Inc., and against defendants Gary Tilley and Denise Black in the sum of $50,000, plus post-judgment interest at the rate of 0.35%.

In addition, defendants Gary Tilley and Denise Black, and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from

    a) infringing Plaintiff's Copyrights and Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which

features any of plaintiff's copyrights and trademarks, and, specifically, importing, manufacturing, distributing, advertising, selling and/or offering for sale the counterfeit product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of plaintiff's copyrights and trademarks;

      b) importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of plaintiff's copyrights and trademarks;

      c) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the defendants' customers and/or members of the public to believe, the actions of defendants, the products sold by defendants, or the defendants themselves are connected with plaintiff, are sponsored, approved or licensed by plaintiff, or are affiliated with plaintiff;

      d) affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of plaintiff.

**IT IS SO ORDERED.**

Dated:  January 19, 2010

                                          PHYLLIS J. HAMILTON
                                          United States District Judge