1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
9
ADOBE SYSTEMS, INC.,
10
     Plaintiff,                              No. C 09-1085 PJH
11
   v.                                         **JUDGMENT**
12
GARY TILLEY, et al.,
13
     Defendants.
14 _____/

15      This matter having been fully considered, and the court having granted plaintiff's
16 motion for default judgment,
17      It is Ordered and Adjudged
18      that plaintiff Adobe Systems, Inc., recover of defendants Gary Tilley and Denise
19 Black the sum of $50,000, plus post-judgment interest at the rate of 0.35%.
20      In addition, defendants Gary Tilley and Denise Black, and their agents, servants,
21 employees and all persons in active concert and participation with them who receive actual
22 notice of the injunction are hereby restrained and enjoined from
23         a) infringing Plaintiff's Copyrights and Trademarks, either directly or
24 contributorily, in any manner, including generally, but not limited to manufacturing,
25 importing, distributing, advertising, selling and/or offering for sale any merchandise which
26 features any of plaintiff's copyrights and trademarks, and, specifically, importing,
27 manufacturing, distributing, advertising, selling and/or offering for sale the counterfeit
28

1  product or any other unauthorized products which picture, reproduce, copy or use the
2  likenesses of or bear a substantial similarity to any of plaintiff's copyrights and trademarks;
3              b) importing, manufacturing, distributing, advertising, selling and/or offering
4  for sale in connection thereto any unauthorized promotional materials, labels, packaging or
5  containers which picture, reproduce, copy or use the likenesses of or bear a confusing
6  similarity to any of plaintiff's copyrights and trademarks;
7              c) engaging in any conduct that tends falsely to represent that, or is likely to
8  confuse, mislead or deceive purchasers, the defendants' customers and/or members of the
9  public to believe, the actions of defendants, the products sold by defendants, or the
10 defendants themselves are connected with plaintiff, are sponsored, approved or licensed
11 by plaintiff, or are affiliated with plaintiff;
12             d) affixing, applying, annexing or using in connection with the importation,
13 manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods
14 or services, a false description or representation, including words or other symbols, tending
15 to falsely describe or represent such goods as being those of plaintiff.
16
17 **IT IS SO ORDERED.**
18 Dated:  January 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge